| No | IP | Port | Client | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 96.245.57.116 | 52365 | BitTorrent 7.9.5 | 2017-07-04 00:09:43 | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] | SHA1: 0F304949400375CC9 | Verizon Fios | Pennsylvania | Lansdowne | Delaware |
| 2 | 96.245.11.231 | 44822 | µTorrent Mac 1.8.7 | 2017-07-04 01:08:43 | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] | SHA1: 0F304949400375CC9 | Verizon Fios | Pennsylvania | Darby | Delaware |
| 3 | 173.49.205.34 | 51831 | Azureus 5.7.5 | 2017-07-04 01:46:06 | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] | SHA1: 0F304949400375CC9 | Verizon Fios | Pennsylvania | Philadelphia | Delaware |
| 4 | 108.36.117.164 | 58666 | µTorrent Mac 1.8.7 | 2017-07-04 02:32:36 | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] | SHA1: 0F304949400375CC9 | Verizon Fios | Pennsylvania | Philadelphia | Delaware |
| 5 | 96.245.183.126 | 37959 | µTorrent Mac 1.8.7 | 2017-07-04 09:15:17 | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] | SHA1: 0F304949400375CC9 | Verizon Fios | Pennsylvania | Philadelphia | Delaware |
| 6 | 74.103.163.154 | 8999 | qBittorrent 3.3.D | 2017-07-04 14:18:34 | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] | SHA1: 0F304949400375CC9 | Verizon Fios | Pennsylvania | Brookhaven | Delaware |
| 7 | 96.245.116.195 | 37404 | µTorrent 3.4.0 | 2017-07-04 21:03:36 | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] | SHA1: 0F304949400375CC9 | Verizon Fios | Pennsylvania | Philadelphia | Delaware |
| 8 | 173.59.48.150 | 21229 | µTorrent 3.5.0 | 2017-07-04 22:55:48 | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] | SHA1: 0F304949400375CC9 | Verizon Fios | Pennsylvania | Ambler | Montgomery |